# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

STATE OF WASHINGTON, )
)  No. 74111-0-I
        Appellant, )
)  DIVISION ONE
        v. )
)  UNPUBLISHED OPINION
MATTHEW GATWECH WUOL, )
)
        Respondent. )  FILED: October 17, 2016
)

PER CURIAM. Matthew Wuol appeals from the judgment and sentence entered after he pleaded guilty to one count of assault in the third degree – domestic violence. The State of Washington concedes the trial court violated Wuol's right to self-representation when it failed to determine whether Wuol's request to represent himself was timely and unequivocal. See State v. Madsen, 168 Wn.2d 496, 229 P.3d 714 (2010); Faretta v. California, 422 U.S. 806, 95 S. Ct. 2525, 45 L. Ed. 2d 562 (1975). We accept the State's concession and remand this matter to permit Wuol to withdraw his guilty plea.

Remanded.

FOR THE COURT: